IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHAD W. SUTHERLAND, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:14-cv-401-O |
| BRADY LAW FIRM PLLC, | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 7. Plaintiff filed a Motion to Strike Defendant's Motion to Dismiss as Frivolous. *See* Pl.'s Mot. Strike, ECF No. 10. Plaintiff's motion appears to be a restatement of his Original Complaint. *See id.*; *see also* Compl., ECF No. 1. The Court declines to construe Plaintiff's motion as an objection to the findings, conclusions, and recommendation.

The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court.

Based on the foregoing, Defendant's Motion to Dismiss (ECF No. 6) is hereby **GRANTED** and Plaintiff's claims against Defendant are **DISMISSED with prejudice**. It is **FURTHER ORDERED** that Plaintiff's Motion to Strike (ECF No. 10) is **DENIED as moot**.

**SO ORDERED** on this **10th day of October, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**